UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| BRENDAN V. CAMPI,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEW JERSEY, DEPARTMENT OF COMMUNITY AFFAIRS; JACQUELYN A. SUAREZ, individually and in her official capacity as Commissioner of the Department of Community Affairs; BUREAU OF HOUSING INSPECTIONS of the DEPARTMENT OF COMMUNITY AFFAIRS; CARMINE GIANGERUSO, individually, in his official capacity as Bureau Chief of the Bureau of Housing Inspections; MARIUSZ SZCZEPANCZYK, individually, in their official capacity as INSPECTOR, BUREAU OF HOUSING INSPECTION; HAGIT LANDOLFI, individually in their official capacity as INSPECTOR, BUREAU OF HOUSING INSPECTION,<br><br>Defendants. | Hon. Michael E. Farbiarz, U.S.D.J.<br><br>Civil Action No.<br>2:24–CV–08340–MEF–JBC |

CERTIFICATION OF JOSEPH DEBRONZO

I, Joseph DeBronzo, of full age, hereby certifies as follows:

1. I am Supervisor of Enforcement with the Bureau of Housing Inspection, and as such I am fully familiar with the facts stated in this certification.

2. The Bureau conducted inspections of the Rama Condominium, a four-unit condominium located at 941 Garden Street, Hoboken, New Jersey, on December 6, 2022, and on April 2, 2024.

3. During each of those inspections, the resident of Apartment 2, within the Rama Condominium, refused to allow the inspector entry.

4. As a result, the Bureau issued Inspection Reports and Orders of the Commissioner dated December 22, 2022, and April 2, 2024, citing the Rama Condominium for failure to provide admission to a dwelling unit to conduct inspection, N.J.A.C. 5:10-1.10(a).

5. The Rama Condominium paid the fine associated with the citation and has neither contested these citations with the Bureau nor requested any exemption from the requirement under N.J.A.C. 5:10-1.10(a) to provide admission to a dwelling.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Joseph DeBronzo
Supervisor of Enforcement

DATE: 1-14-25